UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:22-cr-00013 |
| | ) | |
| | ) | CHIEF JUDGE CRENSHAW |
| BRANDIE NICOLE APPLETON | ) | |
| MATTHEW BRUMMITT | ) | |

**UNITED STATES' UNOPPOSED MOTION TO CORRECT THE RECORD**

COMES NOW the United States of America by the undersigned Assistant United States Attorney and moves this Court to enter an order correcting the record from the plea hearings in this case. The United States regrets to inform the Court that when the undersigned read the statement of facts into the record, the facts contained what is now known to be an error as to the number of buprenorphine pills stolen in the burglary of Sutton's Pharmacy. The facts read into the record stated that the defendants stole 330 buprenorphine pills. Those facts were read from paragraph 7 of the Plea Agreements (Doc. 68, Brummitt Sealed Plea Agreement, paragraph 7; Doc. 80, Appleton Plea Agreement, paragraph 8.) The correct number of buprenorphine pills stolen was 54. Further, the facts stated pills recovered were in closed and sealed bottles from the pharmacy. At least some of the bottles were opened.

United States therefore moves to correct the record to reflect that the number of buprenorphine pills stolen from Sutton's Pharmacy was 54, and that most, but not all, of the pill bottles recovered were closed and sealed.

The undersigned has consulted with MaryKathryn Harcombe, counsel for Ms. Appleton, and Jodie Bell, counsel for Mr. Brummitt, who have no opposition to the granting of this motion to correct the record.

Respectfully Submitted,

HENRY C. LEVENTIS
United States Attorney

By:   */s/ Rachel M. Stephens*
RACHEL M. STEPHENS
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 401-6655
Rachel.Stephens2@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed with the U.S. District Court via CM/ECF, which will send Notice of Electronic Filing to MaryKathryn Harcombe, attorney for Brandie Appleton, and Jodie Bell, attorney for Matthew Brummitt, on the 13th day of November, 2023.

*/s/ Rachel M. Stephens*
RACHEL M. STEPHENS