UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:22-cr-00013 |
| | ) | JUDGE CRENSHAW |
| | ) | |
| BRANDI NICOLE APPLETON | ) | |

## POSITION OF THE UNITED STATES
## WITH RESPECT TO PRESENTENCE REPORT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, Rachel M. Stephens, and, in accordance with the prior orders of this court and in compliance with LCrR 32.01(c), submits the position of the United States in this case with respect to the Presentence Report.

The United States has no objections to the Presentence Report.

The United States understands that the Defendant has no objections to the Presentence report and that requested corrections are reflected in a Revised Presentence Report.

        Respectfully submitted,

        HENRY C. LEVENTIS
        United States Attorney

By:   */s/ Rachel M. Stephens*
        RACHEL M. STEPHENS
        Assistant United States Attorney
        719 Church Street, Suite 3300
        Nashville, Tennessee 37203
        Phone: (615) 401-6655
        Rachel.stephens2@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was filed with the U.S. District Court Clerk via CM/ECF, which will send Notice of Electronic Filing to Mary-Katheryn Harcombe, attorney for the defendant on May 7, 2024.

      */s/ Rachel M. Stephens*
      RACHEL M. STEPHENS

2

Case 3:22-cr-00013   Document 96   Filed 05/07/24   Page 2 of 2 PageID #: 231